IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

SD WHEEL CORP,

    Plaintiff,

        v.         Case No.: 1:21-cv-00778-WCG

LOGFRET, INC.,

    Defendant.

**DEFENDANT'S MOTION TO DISMISS COUNT VI
OF PLAINTIFF'S COMPLAINT**

NOW COMES Defendant, LOGFRET, INC. ("Logfret"), by its undersigned counsel, Foran Glennon Palandech Ponzi & Rudloff, PC, and pursuant to Fed. R. Civ. P. 12(b)(6) moves this Court enter an order dismissing Count Six (Breach of Fiduciary Duty) of Plaintiff's Complaint for failure to state a claim on which relief may be granted. In support of this motion Defendant has contemporaneously submitted its Memorandum In Support of Defendant's Motion to Dismiss Count VI of Plaintiff's Complaint.

Dated: August 13, 2021

        /s/ *Matthew R. Carlyon*
        Michael L. Foran
        Matthew R. Carlyon (Admitted *Pro Hac Vice*)
        FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
        222 North LaSalle Street, Suite 1400
        Chicago, Illinois 60601
        Tel: (312) 863-5000
        Fax: (312) 863-5099
        mforan@fgppr.com
        mcarlyon@fgppr.com

        *Counsel for Defendant Logfret Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court to the attorney listed below (with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk) this 13th day of August, 2021.

**Counsel for Plaintiff**:
Sherry D. Coley
Tiffany E. Woelfel
DAVIS & KULTHAU
318 South Washington Street, Suite 300
Green Bay, Wisconsin 54301
Tel: (920) 431-2239
Fax: (920) 431-2279
scoley@dkattorneys.com
twoelfel@dkattorneys.com

                          */s/ Matthew R. Carlyon*
                          Matthew R. Carlyon

2

Case 1:21-cv-00778-WCG   Filed 08/13/21   Page 2 of 2   Document 12