# EXHIBIT 1



# LOGFRET, INC.
Power of Attorney for Customs and Forwarding Agent

IRS/EIN No. __7109 51764__

Social Security No. _____

Customs Assigned No. _____

Check appropriate box
( ) Individual
( ) Partnership
(X) Corporation
( ) Sole Proprietorship
( ) Limited Liability Company
( ) Limited Liability Partnership

KNOW ALL MEN BY THESE PRESENTS:

That __S D Wheel Corp__ doing business as a __Corporation__
(Full name of person, partnership, corporation, or sole proprietorship)     (corporation, individual, sole proprietorship, partner)

under the laws of the State of __Illinois__, residing or having a principal place of business at __615 Kimberly Dr. Carol Stream IL 60188__

Hereby constitutes and appoints: LOGFRET, INC. its heirs and assigns, its officers, employees and/or specifically authorized agents, to act for and on its behalf as a true and lawful agent and attorney of the grantor for and in the name, place and stead of said grantor, from this date, in the United States (the "territory") either in writing, electronically, or by other authorized means, to:

Make, endorse, sign, declare, or swear to any customs entry, withdrawal, declaration, certificate, bill of lading, carnet, shipper's export declaration, commercial invoice, insurance certificate, draft or any other document(s) required by law or regulation in connection with the exportation, importation or transportation of any merchandise in or through the customs territory, shipped or consigned by or to said grantor;

Perform any act or condition which may be required by law or regulation of the Department of Commerce, Department of Treasury, Census Bureau or any other governmental agency in connection with such merchandise deliverable to or from said grantor; to receive or ship any merchandise;

Make endorsements on bills of lading conferring authority to transfer title; make entry or collect drawback; and to make, sign, declare, or swear to any statement or certificate required by law or regulation for drawback purposes, regardless of whether such document is intended for filing with Customs;

Sign, seal, and deliver for any as the act of said grantor any bond required by law or regulation in connection with the entry or withdrawal of imported merchandise or merchandise exported with or without benefit of drawback or in connection with the entry, clearance, lading, unlading or navigation of any vessel or other means of conveyance owned or operated by said grantor, and any and all bonds which may be voluntarily given and accepted under applicable laws and regulations, consignee's and owner's declarations provided for in section 485, Tariff Act of 1930, as amended, or affidavits or statements in connection with the entry of merchandise;

Sign and swear to any document and to perform any act that may be necessary or required by law or regulation in connection with the entering, clearing, lading, unlading, or operation of any vessel or other means of conveyance owned or operated by said grantor;

Authorize other Customs Brokers duly licensed within the territory to act as grantor's agent; to receive, endorse and collect checks issued for Customs duty refunds in grantor's name drawn on the Treasurer of the United States or otherwise on behalf of grantor, if the grantor is a nonresident of the Territory, to accept service of process on behalf of the grantor. Grantor acknowledges receipt of: LOGFRET, INC. Terms and Conditions of Service governing all transactions between the Parties.

And generally to transact Customs business, including filing of claims or protests under Section 514 of the Tariff Act of 1930, or pursuant to other laws of the Territories, in which said grantor is or may be concerned or interested and which may properly be transacted or performed by agent and attorney;

Giving to said agent and attorney full power and authority to do anything whatever requisite and necessary to be done in the premises as fully as said grantor could do if present and acting, hereby ratifying and confirming all that the said agent and attorney shall lawfully do by virtue of these presents;

The Exporter/Importer hereby certified that all statements and information contained in the documentation provided to the Customs House Broker/Forwarding Agent relating to the exportation/importation are true and correct. Furthermore, the Exporter/Importer understands that civil and criminal penalties may be imposed for making false or fraudulent statements or for the violation of any United States laws or regulations on an exportation/importation.

This power of attorney is to remain in full force and effect until revocation in writing is duly given and received by the Port Director of Customs. (If the donor of this power of attorney is a partnership or LLP, the said power shall in no case have any force or effect in the Territory after the expiration of two (2) years from the date of its execution). If Grantor is a LLC, the signatory certifies that he/she has full authority to execute this power on behalf of the Grantor. If Grantor is a Partnership or LLP, a copy of the partnership agreement must be submitted along with this form).

Grantor hereby acknowledges receipt of: LOGFRET, INC.; its heirs and assigns, Terms and Condition of Service.

IN WITNESS WHEREOF, the said __SD Wheel Corp__ caused
(full name of company)

these presents to be sealed and signed: (Signature) _____

(Capacity) __President__   (Date) __11/12/14__
Capacity must be: PRESIDENT, VICE PRESIDENT, TREASURER OR SECRETARY if a corporation

WITNESS _____

Pursuant to the Customs Regulations 111.29(b), if you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check made payable to the U.S. Customs Service, which shall be delivered to Customs by the broker. Importers who wish to utilize this procedure must contact our office in advance to arrange timely receipt of duty checks.



Sign and date below to further authorize; LOGFRET, INC.; its heirs and assigns to prepare "Shipper's Security Endorsements" on behalf of your company, in compliance with current FAA regulations. We will agree to do so only if authorized to do so in writing, and only if absolutely certain of the contents of all shipments.

Signature: _____  Date: 11/12/14

## Corporate Certification under 19 CFR.141.37
*(For Non-Resident Corporations)*
*(To be made by an officer other than the one who executes the POA)*

I, __Stephan Hamilton__ certify that I am the __presidant__ of
(Title)

__SD wheel corp.__, a corporation organized under the laws of
(Name of Company)

__USA__.
(Country)

I hereby certify that __Stephan Hamilton__, who signed the foregoing Customs Power of Attorney and Forwarding Agent Power of Attorney is the __presidant__ of said
(Title)

donor corporation, and is authorized to execute a power of attorney on behalf of said corporation; and that said power(s) of attorney was (were) duly signed, and attested for and in behalf of said corporation by authority of its governing body in accordance with the laws of __USA__.
(Country)

We are aware of U.S. Customs requirements for nonresident corporations in 19CFR141.37 which are set forth below:

Additional requirements for nonresident corporations.

If a nonresident corporation has not qualified to conduct business under state law in the state in which Customs district the agent is empowered to perform the delegated authority, the power of attorney shall be supported by documentation establishing the authority of the grantor designated to execute the power of attorney on behalf of the corporation.

[T.D. 84-93, 49FR17754, Apr. 25.1948]

IN WITNESS WHEREOF, I hereunto set my hand, at the city of __Carol Stream, IL__ in the Country of __USA__, this __12th__ day of __November__ in the year of __2014__.

__SD wheel corp__
(Name of Company)

Signature