UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| SD WHEEL CORP., <br>     Plaintiff, <br> v. <br> LOGFRET, INC. <br>     Defendant/Third-Party Plaintiff <br> v. <br> SCHMIDT, PRITCHARD & COMPANY, INC., <br>     Third-Party Defendant. | Case No. 1:21-cv-00778-WCG |

**[PROPOSED] ORDER TO TRANSFER VENUE PURSUANT TO 28 U.S.C. 1404(a)**

Before the Court is Third-Party Defendant Schmidt, Pritchard & Company, Inc.'s motion to transfer venue pursuant to 28 U.S.C. 1404(a). Having considered the parties' arguments in light of the governing standard, it is hereby ORDERED that the Motion to Transfer Venue is GRANTED.

    SO ORDERED.

Dated:_____    BY THE COURT:

                                                                    _____
                                                                    The Honorable William C. Griesbach