UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

SD WHEEL CORP.,
    Plaintiff,

v.

LOGFRET, INC.
    Defendant/Third-Party Plaintiff

v.

SCHMIDT, PRITCHARD & COMPANY, INC.,
    Third-Party Defendant.

Case No. 1:21-cv-00778-WCG

## [PROPOSED] ORDER TO GRANTING THIRD-PARTY DEFENDANT'S MOTION TO DISMISS

Before the Court is Third-Party Defendant Schmidt, Pritchard & Company, Inc.'s motion to dismiss for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil 12(b)(6). Having considered the parties' arguments in light of the governing standard, it is hereby ORDERED that Third-Party Defendant's motion to dismiss is GRANTED.

    SO ORDERED.

Dated:_____

BY THE COURT:

_____
The Honorable William C. Griesbach