# Exhibit 1

# SCHMIDT, PRITCHARD & CO., INC

CUSTOM HOUSE BROKERS
INTERNATIONAL FREIGHT FORWARDERS
F.M.C. 1457
"SERVICE THAT SATISFIES"

9801 W. LAWRENCE AVENUE
SCHILLER PARK, IL 60176
TEL: (847) 671-5130
FAX: (847) 671-1894

JW 1

| INVOICE NO. | INVOICE DATE | YOUR REFERENCE |
|---|---|---|
| 475442 | 09/02/2020 | SCHIIS00096718 |

THIS INVOICE IS NOW DUE AND PAYABLE. PLEASE RETURN INVOICE COPY WITH YOUR REMITTANCE.

**TO** LOGFRET
2531 TECHNOLOGY DR
STE 313
ELGIN, IL 60124

| PIECES | WEIGHT | DESCRIPTION |
|---|---|---|
| 506 | 11000KG | FCIU7482120 Aluminum Alloy Wheels |

**SHIPPER / CONSIGNEE**
CHANGZHOU

| ORIGIN / DESTINATION | CUSTOMER NUMBER |
|---|---|
| CHINA(MAINLAND) | L0072 |

| ENTRY NO. | ENTRY DATE |
|---|---|
| 045-0475442-7 | |

| AIRLINE / STEAMSHIP | ARRIVAL/DEPARTURE |
|---|---|
| 065E FRANKFURT EXP | 09/05/2020 |

| AWB / BL NO. | HAWB / HBL |
|---|---|
| CPRS 202378070083 | SHA200103008 |

**REMARKS**

THIS ORDER IS SUBJECT TO TERMS AND CONDITIONS AVAILABLE ON REQUEST

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| CUSTOMS ENTRY SERVICE | 85.00 |
| Additional Classification | 15.00 |
| DOT CHARGE | 330.00 |
| DUTY DEPOSIT-SUB.TO LIQ. | 16823.97 |
| Sub Total | 17253.97 |
| Late Payment Charge * | 258.81 |
| Late charge due if payment not rcvd by 09/12/20 | |
| **PLEASE PAY THIS AMOUNT** | **$17512.78** |

Case 1:21-cv-00778-WCG   Filed 03/28/22   Page 2 of 2   Document 34-2