

**Carlyon, Matthew R.**

| | |
|---|---|
| **From:** | Bob Smith <bsmith@us-logfret.com> |
| **Sent:** | Monday, July 19, 2021 7:29 PM |
| **To:** | Kenneth Cloud; Hans Mikkelsen; Elio Levy |
| **Subject:** | FW: Duty refund email#1 |
| **Attachments:** | SMCU1232233 - FCLU9600720.pdf; FCGU1998473.pdf; SMCU1160494 - SMCU1175302.pdf; OCGU8014764 - YMLU8853955 - YMLU8533632.pdf; GLDU7246002.pdf; TCLU9831359 - TCNU9228018.pdf; SMCU1224963.pdf; SEGU5776320.pdf; BSIU9422940.pdf; RFCU4031788.pdf; Duty refund email# 2; Duty refund email# 3 |

Hello Hans, Ken and Elio

We have been able to find the original e-mail regarding the duty refund for SD Wheels on Nov 19th 2019 Dianne sent the attached e-mail to Schmidt Pritchard. In the e-mail I does state that there are 3 e-mails with the list of containers they had requested the refund of the China Tariff.

We will keep looking for more details on this issue and let you know if we come up with any further information.

Thank you



**Bob Smith**
Midwest Regional Manager
**Logfret, Inc.**
2531 Technology Drive Suite 313 ELGIN IL 60124
Tel. +1 847-250-9985 I Fax +1 847-488-9819 I Cell.+1 847-208-0818
Email:bsmith@us-logfret.com         I Website: www.logfret.com



"This E-mail is confidential and intended only for the use of the individual/s or entity named above and may contain information that is privileged. If you are not the intended recipient, you are notified that any dissemination, distribution or copying of this E-mail is strictly prohibited. If you have received this E-mail in error, please notify us immediately by return E-mail or telephone and destroy the original message.
This is a written communication from Logfret, Inc. (FMC No. 007636), acting as an NVOCC.
If this is a quote: Upon Carrier's receipt of Shipper's written acceptance of the rates contained herein, this document along with the written acceptance shall constitute an NRA pursuant to 46 C.F.R. §520.13 and §532. This NRA is valid until the stated expiration date or until the stated quantity has been received by Carrier, whichever occurs first. Carrier's Rules Tariff, provided free of charge at http://rates.descartes.com. contains the terms and conditions which are further applicable to this shipment"

**From:** Dianne Smith <dianne@us-logfret.com>
**Sent:** Monday, July 19, 2021 7:17 PM
**To:** Bob Smith <bsmith@us-logfret.com>
**Subject:** FW: Duty refund email#1

**Visit NEW website www.logfret.com NOW!**



**Dianne Smith**
Regional Operations Manager/Chicago
**Logfret, Inc.**
2531 Technology Drive Suite 313 ELGIN IL 60124
Tel. +1 847-250-9987 I Fax +1 847-488-9819 I Cell.+1 847-306-0024
Email:dianne@us-logfret.com I Website: www.logfret.com



This E-mail is confidential and intended only for the use of the individual/s or entity named above and may contain information that is privileged. If you are not the intended recipient, you are notified that any dissemination, distribution or copying of this E-mail is strictly prohibited. If you have received this E-mail in error, please notify us immediately by return E-mail or telephone and destroy the original message.
This is a written communication from Logfret, Inc. (FMC No. 007636), acting as an NVOCC.
If this is a quote: Upon Carrier's receipt of Shipper's written acceptance of the rates contained herein, this document along with the written acceptance shall constitute an NRA pursuant to 46 C.F.R. §520.13 and §532. This NRA is valid until the stated expiration date or until the stated quantity has been received by Carrier, whichever occurs first. Carrier's Rules Tariff, provided free of charge at http://rates.descartes.com , contains the terms and conditions which are further applicable to this shipment.

**THE SHIPPER'S BOOKING OF CARGO AFTER RECEIVING THE TERMS OF THIS NRA OR NRA AMENDMENT CONSTITUTES ACCEPTANCE OF THE RATES AND TERMS OF THIS NRA OR NRA AMENDMENT**

**From:** Dianne Smith
**Sent:** Tuesday, November 19, 2019 5:45 PM
**To:** 'Bill Helms' <billh@schmidtpritchard.com>; BILL HELMS (bill4helms@gmail.com) (bill4helms@gmail.com) <bill4helms@gmail.com>; Robert Smith <bsmith@us-logfret.com>
**Subject:** FW: Duty refund email#1

    Dear Bill,
There are three emails with refund requests for the SD wheels exempt china duty taxes
Let us know approximatetime frame and if you need further information
best regards

**Visit NEW website www.logfret.com NOW!**



**Dianne Smith**
Regional Operations Manager/Chicago
**Logfret, Inc.**
2531 Technology Drive Suite 313 ELGIN IL 60124
Tel. +1 847-250-9987 I Fax +1 847-488-9819 I Cell.+1 847-306-0024
Email:dianne@us-logfret.com I Website: www.logfret.com

This E-mail is confidential and intended only for the use of the individual/s or entity named above and may contain information that is privileged. If you are not the intended recipient, you are notified that any dissemination, distribution

or copying of this E-mail is strictly prohibited.  If you have received this E-mail in error, please notify us immediately by return E-mail or telephone and destroy the original message.

This is a written communication from Logfret, Inc. (FMC No. 007636), acting as an NVOCC.

If this is a quote: Upon Carrier's receipt of Shipper's written acceptance of the rates contained herein, this document along with the written acceptance shall constitute an NRA pursuant to 46 C.F.R. §520.13 and §532. This NRA is valid until the stated expiration date or until the stated quantity has been received by Carrier, whichever occurs first. Carrier's Rules Tariff, provided free of charge at http://rates.descartes.com , contains the terms and conditions which are further applicable to this shipment.

## THE SHIPPER'S BOOKING OF CARGO AFTER RECEIVING THE TERMS OF THIS NRA OR NRA AMENDMENT CONSTITUTES ACCEPTANCE OF THE RATES AND TERMS OF THIS NRA OR NRA AMENDMENT

**From:** Miriam Marroquin [mailto:miriam@sdwheelcorp.com]
**Sent:** Tuesday, November 19, 2019 5:19 PM
**To:** Robert Smith
**Cc:** Dianne Smith
**Subject:** Duty refund email#1

Hi Bob,

See below list of container# 's and attached are all documents needed for broker to start the refund process. Can you please let me know what the time frame for the refund will be?

OCGU8014764
YMLU8853955
YMLU8533632
GLDU7246002
SMCU1160494
SMCU1175302
FCGU1998473
SMCU1232233
FCLU9600720
TCLU9831359
TCNU9228018
SMCU1224963
RFCU4031788
SEGU5776320
BSIU9422940

Thanks,

Miriam Marroquin
miriam@sdwheelcorp.com
Office: 800-317-0483